**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6227**

─────────────

THOMAS COVINGTON, JR.,

             Plaintiff - Appellant,

       v.

BETTY BROWN; KATY POOLE; CHARLIE LOCKLEAR; SARAH MCLUCAS-FLOYD; REGINALD J. BOWENS,

             Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:21-cv-00385-WO-JEP)

─────────────

Submitted:  August 21, 2025                    Decided:  August 26, 2025

─────────────

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas Covington, Jr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Covington, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendants in Covington's civil action brought pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc to 2000cc-5. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's judgment. *Covington v. Brown*, No. 1:21-cv-00385-WO-JEP (M.D.N.C. Mar. 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*